AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants Kim Adamson, Keith Benson, Charles Daniels, Michael Minev, and Martin Naughton,*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRADLEY HODGES,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL MINEV, et al.<br><br>          Defendants. | Case No. 3:20-cv-00527-MMD-CSD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Steven B. Hodges, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 25th day of May, 2022.

/s/ Steven B. Hodges
STEVEN B. HODGES
*Plaintiff*

DATED this 26th day of May, 2022.

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED THIS 26th Day of May 2022.**

1